IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCINE ROTH<br><br>      *Plaintiff,*<br><br>  v.<br><br>TARGET CORPORATION a/k/a, d/b/a and t/a TARGET<br><br>      *Defendant.* | CIVIL ACTION<br>NO. 19-1030 |

## ORDER

**AND NOW**, this 20th day of May, 2019, upon consideration of Plaintiff's Motion to Remand (ECF No. 4) and Defendant's Response (ECF No. 6), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and the case shall be **CLOSED** for statistical purposes.

                                            BY THE COURT:


                                            ***/s/ Gerald J. Pappert***
                                            GERALD J. PAPPERT, J.